**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Amanda DEESE, Defendant–Appellant.**

**No. 14–7102.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 21, 2014.

Amanda Deese, Appellant Pro Se. Alan Mark Salsbury, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amanda Deese appeals the district court's order denying her motion for an amended restitution order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Deese,* No. 2:12–cr–00110–RBS–LRL–1 (E.D.Va. June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*